NAKASHIMA CHING LLC
Attorneys at Law

JADE LYNNE CHING    5808
DAVID A. NAKASHIMA    2064
737 Bishop Street, Suite 2090
Honolulu, Hawai`i  96813
Telephone:  808-784-2090
Facsimile:   808-784-2091
E-mail:       jlc@nchilaw.com
                    dan@nchilaw.com

Attorneys for Defendants
DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR
AMERICAN HOME MORTGAGE
ASSETS TRUST 2007-3, MORTGAGE-
BACKED PASS-THROUGH
CERTIFICATES SERIES 2007-3; OCWEN
LOAN SERVICING, LLC; and
HOMEWARD RESIDENTIAL, INC. f/k/a
AMERICAN HOME MORTGAGE
SERVICING, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| LUIS C. CHAVEZ, Individually and as Special Administrator of the Estate of Marcario Araujo Chavez,<br><br>                            Plaintiff,<br><br>    vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; OCWEN LOAN SERVICING, LLC; AMERICAN HOME MORTGAGE SERVICING, | Civil No. 17-00446-LEK-RT<br><br>**DEFENDANTS' CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; DECLARATION OF SALLY TORRES; DECLARATION OF DAVID A. NAKASHIMA; EXHIBITS "A"–"T";** CERTIFICATE OF SERVICE |

INC.; JOHN DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-10,

          Defendants.

**DEFENDANTS' CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1, Defendants Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2007-3, Mortgage-Backed Pass-Through Certificates Series 2007-3, erroneously sued as "Deutsche Bank National Trust Company" ("Deutsche Bank as Trustee"); Ocwen Loan Servicing, LLC ("Ocwen"); and Homeward Residential, Inc. ("Homeward"), formerly known as American Home Mortgage Servicing, Inc ("AHMSI") (collectively, Defendants), by and through their attorneys, Nakashima Ching LLC, hereby submit the following Concise Statement of Facts in support of the Motion for Summary Judgment, filed concurrently herewith.

| No. | Undisputed Material Facts | Evidentiary Support |
| --- | --- | --- |
| 1. | Beginning in 1986, Plaintiff Luis C. Chavez ("Mr. Chavez") and his family developed the real property located at 952 Paipala Place, Makawao, Hawai`i 96768 (the "Property") with two separate houses. | Third Amended Complaint ("TAC", ECF No. 81), ¶ 8 |
| 2. | On March 7, 2007, Mr. Chavez's father, Marcario Arajuo Chavez ("Borrower"), obtained a loan from American Home Mortgage in the amount of $650,000.00, secured by a Mortgage on the Property. | TAC, ¶ 18; Declaration of Sally R. Torres ("Torres Decl."), ¶ 3; Ex. "I" |
| 3. | Borrower represented that the Property would be occupied as his principal residence under the penalty of federal law. | Ex. "C", Occupancy Certification |
| 4. | Borrower also represented that he intended to reside on the Property as his primary residence, acknowledging that his failure to do so constituted a default under the Loan. | Ex. "D", Occupancy Agreement |
| 5. | Under the Mortgage, Borrower "absolutely and unconditionally" assigned all rents and revenues to the lender | Ex. "I", Family Rider, ¶ H |
| 6. | With the proceeds from the Loan, Borrower paid off a prior loan on the Property and received $100,000.00. | Ex. "A", Transcript of 6/26/2020 Deposition of L. Chavez, at 127/4-12 |
| 7. | By *Quitclaim Deed* recorded April 3, 2007, Borrower transferred his interest in the Property to Mr. Chavez. | TAC, ¶ 4; Ex. "M" |
| 8. | Borrower did not obtain consent of the lender pursuant to Paragraph 18 of the mortgage to transfer his interest to Mr. Chavez. | Ex. "I", ¶ 18; Torres Decl., ¶ 18 |

| 9.  | On May 1, 2007, the beneficial interest in the Loan was transferred to Deutsche Bank as Trustee. At the time, Borrower was not in default of the Loan. | Torres Decl., ¶ 7 |
| --- | --- | --- |
| 10. | On August 13, 2008, American Home Mortgage Servicing, Inc. ("AHMSI") sent Borrower a written notice of default by first class mail. | Ex. "P"; Torres Decl., ¶ 8 |
| 11. | An *Assignment of Mortgage* to MERS, as nominee for American Home Mortgage Acceptance, Inc. was recorded in the Bureau as Document No. 2008-174316 on November 14, 2008. | Ex. "E"; Torres Decl., ¶ 14; TAC, ¶ 24 |
| 12. | On March 1, 2009, Borrower entered into a Loan Modification Agreement with AHMSI, adjusting the Loan from interest-only to amortized. | TAC, ¶ 20 |
| 13. | The last regular monthly Loan payment was applied on November 8, 2010. | Torres Decl., ¶ 9 |
| 14. | On April 19, 2010, Deutsche Bank as Trustee, through its agent, sent Borrower a notice of default by certified mail, giving Borrower notice of his default, the amount required to cure the default, and the time by which Borrower was required to pay the full amount of the default or face acceleration of the principal and interest. | Ex. "Q" |
| 15. | On November 30, 2010, Borrower M.A. Chavez died in Santa Ana, California. | Ex. "G" |

| 16. | On February 18, 2011, Deutsche Bank as Trustee, through its agent, sent Borrower a notice of default by certified mail, giving Borrower notice of his default, the amount required to cure the default, and the time by which Borrower was required to pay the full amount of the default or face acceleration of the principal and interest. | Ex. "R" |
|---|---|---|
| 17. | Since the last partial Loan payment as applied in March 2011, Plaintiff has collected rent and lived on the Property without making mortgage payments. | Ex. "A" at 234/17-235/6 |
| 18. | Mr. Chavez was appointed special administrator of Borrower's estate on May 25, 2011. | Ex. "H" |
| 19. | In 2015, Mr. Chavez transferred his interest in the Property to his development company Maui Paipala Place, LLC via *Warranty Deed* | Ex. "T" |
| 20. | Mr. Chavez created a condominium property regime on the Property in 2016. | Ex. "B", Transcript of 3/12/2020 Deposition of L. Chavez, at 74/20-24 |
| 21. | A *Corporate Assignment of Mortgage* to Deutsche Bank was recorded in the Bureau as Document No. A-62810275 on March 13, 2017 | TAC, ¶ 26; Ex. "F" |
| 22. | Defendants' records reflect that no "qualified written request" ("QWR") was received by them at any point in time. | Torres Decl., ¶ 20 |
| 23. | Borrower, Borrower's Estate and Plaintiff Luis C. Chavez have not cured or tendered the amount of the debt on the Loan. | Torres Decl., ¶ 11 |

5

DATED:  Honolulu, Hawai`i, August 28, 2020.

/s/ David A. Nakashima
JADE LYNNE CHING
DAVID A. NAKASHIMA
Attorneys for Defendant
PNC BANK, NATIONAL ASSOCIATION