American Home Mortgage Servicing, Inc
PO Box 9025
Temecula, CA 92589-9025



2210866777

```
PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO
```

Send Payments To:
American Home Mortgage Servicing, Inc
Attn: Payment Processing
P.O. Box 660029
Dallas, TX 75266-0029

Send Correspondence To:
American Home Mortgage Servicing, Inc
P.O. Box 631730
Irving, TX 75063-1730

MACARIO ARAUJO CHAVEZ
952 PAIPALA PL
MAKAWAO, HI 96768-9407

20080813-90
OP909

*1114-v15*



# EXHIBIT P

**DBNTC001083**



www.ahmsi3.com

08/13/2008

MACARIO ARAUJO CHAVEZ
952 PAIPALA PL
MAKAWAO, HI 96768-9407

RE: American Home Mortgage Servicing, Inc. Loan No: ▓▓▓▓▓220
    Borrower(s):                             MACARIO ARAUJO CHAVEZ
    Encumbered Property Address:     952 PAIPALA PL
                                                       MAKAWAO, HI 96768

ORIGINAL MORTGAGE AMOUNT: $650,000.00
FIRST PAYMENT DATE:        05/01/2007

Pursuant to the terms of the Promissory Note and/or Security Instrument along with all Riders thereto, which were executed by the Borrower(s) in connection with the Loan (both as referenced above), you are hereby served notice of the following:

(a) The Promissory Note and/or Security Instrument, including all Riders thereto, are presently in default due to the non-payment of the 07/01/2008 and the subsequent payments.

(b) The total amount currently due on the Loan in order to cure the default, is as follows:

| | |
|---|---|
| Total Monthly Payment(s) Due: | $8,227.14 |
| Accrued Late Charges: | $358.86 |
| NSF Fee Due: | $0.00 |
| Other Fees Due: | $0.00 |
| Less Suspense Amount: | ($886.43) |
| ***TOTAL DUE***: | $7,699.57 |

If any other payments or expenses become due at or prior to the time an attempt is made to cure this default, they will be added to the Total Due and must also be paid in order to cure the default.

(c) To cure this default, payment must be made, IN THE FORM OF CERTIFIED FUNDS (CASHIER'S CHECK, MONEY ORDER OR QUICK COLLECT), in the full amount as stated above per item (b), directly to AMERICAN HOME MORTGAGE SERVICING, INC as follows:

| Overnight Mail Address | Western Union Quick Collect |
|---|---|
| American Home Mortgage Servicing, Inc | Pay to: American Home Mortgage Servicing, Inc |
| 4600 Regent Blvd., Suite 200 | Code City: Option |
| Irving, TX 75063-1730 | Code State: CA |

(d) If American Home Mortgage Servicing, Inc is not in possession of the amount that is necessary to cure the default within 30 days of the date of this notice, American Home Mortgage Servicing, Inc will accelerate the Loan balance and proceed with foreclosure. In such case, the Encumbered Property, as referenced above, will be sold at a duly held foreclosure sale or sheriff's sale and all occupants will be required to vacate.

Page 1 of 2
Loan #: ▓▓▓▓▓220



Corporate Offices: 4600 Regent Blvd., Suite 200 • Irving, Texas 75063



DBNTC001084

(e) You are further advised that the Borrower(s) shall have the right to reinstate the Loan after acceleration and the right to bring any defenses that may exist to the acceleration and sale, including a court action to assert the non-existence of a default.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS DOES NOT IMPLY THAT AMERICAN HOME MORTGAGE SERVICING, INC IS ATTEMPTING TO COLLECT MONEY FROM ANYONE WHOSE DEBT HAS BEEN DISCHARGED UNDER THE BANKRUPTCY LAWS OF THE UNITED STATES.

As required by law, you are hereby notified that a NEGATIVE CREDIT REPORT reflecting on the Borrower's credit record may be submitted to a credit reporting agency if the Borrower fails to fulfill the terms of the obligations under the Loan.

IF YOU DID NOT SIGN THE NOTE BUT HOLD A LEGAL OR BENEFICIAL INTEREST IN THE ENCUMBERED PROPERTY, THIS NOTICE IS PROVIDED TO YOU AS A COURTESY TO WARN YOU THAT IF THE FULL AMOUNT DUE ON THE LOAN IS NOT PAID AS SET FORTH ABOVE, YOU MAY LOSE YOUR INTEREST IN THE ENCUMBERED PROPERTY.

American Home Mortgage Servicing, Inc is dedicated to providing the best customer service possible. Should you have any questions regarding this matter, you may contact an American Home Mortgage Servicing, Inc representative at (877) 304-3100. American Home Mortgage Servicing, Inc's office hours are Monday through Friday 7am to 9pm CT, Saturday 7am to 1pm CT.

Sincerely,

American Home Mortgage Servicing, Inc

DBNTC001085