# G. MOSS & ASSOCIATES, L.L.P.
6560 GREENWOOD PLAZA BLVD, SUITE 100, ENGLEWOOD, COLORADO 80111-7100  PH: (866) 612-3730

02/18/2011        Re: ▮▮▮220        Re:   952 Paipala Pl
                                          Makawao, HI 96768

Dear Macario Araujo Chavez:

This firm has been authorized by American Home Mortgage Servicing, Inc., the Servicer of the above-referenced loan, on behalf of Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2007-3, Mortgage-Backed Pass-Through Certificates Series 2007-3, the Creditor to whom the debt is owed, to contact you regarding the status of your account.

You are hereby provided formal notice by the Servicer (American Home Mortgage Servicing, Inc.), as authorized by the Creditor of the above-referenced home loan that you are in default under the terms and conditions of the Note and Security Instrument (i.e. Deed of Trust, Mortgage etc.) for failure to pay the required installments when due.

This letter serves as further notice that American Home Mortgage Servicing, Inc. intends to enforce the provisions of the Note and Security Instrument. You must pay the full amount of the default on this loan by the thirty-fifth (35th) day from the date of this letter which is 03/25/2011 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not pay the full amount of the default, our client shall accelerate the entire sum of both principal and interest due and payable, and invoke any remedies provided for in the Note and Security Instrument, including but not limited to the foreclosure sale of the property. If you received a bankruptcy discharge which included this debt, this notice is not intended and does not constitute an attempt to collect a debt against you personally; notice provisions may be contained within your mortgage/deed of trust which require this notice prior to foreclosure.

You are hereby informed that you have the right to "cure" or reinstate the loan after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense you may have to acceleration and sale.

As of **02/18/2011 the amount of the debt that we are seeking to collect is $11,259.51**, which includes the sum of payments that have come due on and after the date of default **01/01/2011**, any late charges, periodic adjustments to the payment amount (if applicable) and expenses of collection. In addition, any subsequent advances made by the Servicer to protect their lien position must be added to the total amount necessary to cure the default. Because of interest, late charges, and other charges or credits that may vary from day to day, or be assessed during the processing of this letter, the amount due on the day that you pay may be greater. Please contact American Home Mortgage Servicing, Inc. at 1-877-304-3100 on the day that you intend to pay for the full amount owed on your account. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current delinquency.

Please note, however, that your right to cure this default as referenced herein does not suspend your payment obligations. Pursuant to the terms of the Note, your **03/01/2011** installment is still due on **03/01/2011** (or if said date(s) falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). Please disregard this notice if a payment sufficient to cure the default has already been sent.

At this time, no attorney with this firm has personally reviewed the particular circumstances of your account.

**This firm is attempting to collect a debt for our client, and any information obtained will be used for that purpose.**

**Unless you notify us within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within thirty days after the receipt of this notice, we will provide you with the name and address of the original creditor, if the original creditor is different from the current creditor.**

A "CURE" or "Reinstatement Right" similar to that described in the prior paragraph may be available in many states. NO PERSON IN THIS OFFICE WILL GIVE YOU ANY LEGAL ADVICE. If, at any time, you make a written request to us not to contact you, we will not do so except to send statutorily and/or contractually required legal notice.

American Home Mortgage Servicing, Inc. would like you to be aware that if you are unable to make payments or resume payments within a reasonable period of time due to a reduction in your income resulting from a loss or reduction in your employment, you may be eligible for Homeownership Counseling. Please contact the HUD toll free number (800-569-4287) to obtain a list of HUD approved nonprofit organizations servicing your residential area.

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by American Home Mortgage Servicing, Inc.  American Home Mortgage Servicing, Inc. requests that all payments be made in **Certified Funds (Cashiers check, money order or quick collect).** Overnight: 1525 S. Beltline Rd. Coppell, Tx 75019. Western Union Code City-AHMSI  Code State - TX. You may contact **American Home Mortgage Servicing, Inc. at 1-877-304-3100** should you have servicing questions regarding your account.  You may have options available to you to help you avoid foreclosure; please contact American Home Mortgage Servicing, Inc.'s Loss Mitigation Department at 1-877-304-3100 or visit them on the web at www.ahmsi3.com for additional information and to see what options are available to you.

The matters discussed herein are of extreme importance. We trust you will give them appropriate attention.

Very truly yours,
G. MOSS & ASSOCIATES, L.L.P.

cc: American Home Mortgage Servicing, Inc.

**EXHIBIT R**

DBNTC002303

**CERTIFIED MAIL**

REMOVE SIDE EDGES FIRST • TO OPEN - FOLD AND TEAR ALONG PERFORATION

G. Moss & Associates, L.L.P.
6560 Greenwood Plaza
Blvd., Suite 100
Englewood, CO
80111-7100

FIRST-CLASS MAIL
U.S. POSTAGE
AND FEES PAID
ENGLEWOOD, CO
PERMIT NO. 1194

7104 5400 2100 3865 9402



Macario Araujo Chavez
952 Paipala Pl
Makawao, HI 96768

NIXIE         968 DE 1          00 02/25/11
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 80111499025     *0520-07677-18-47

9578891074490



DBNTC002304