IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

LUIS C. CHAVEZ, INDIVIDUALLY, AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MARCARIO ARAUJO CHAVEZ ,

Plaintiff,

vs.

DEUTSCHE BANK NATIONAL TRUST COMPANY , OCWEN LOAN SERVICING, LLC, AMERICAN HOME MORTGAGE SERVICING, INC., JOHN DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE ENTITIES 1-10, DOE GOVERNMENTAL UNITS 1-10

Defendants.

CV 17-00446 LEK-RT

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on August 31, 2021 and served on all parties on September 1, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Defendants' Motion for Attorneys' Fees ", ECF No.

168, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, September 27, 2021.




/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge